## CRAWFORD v. STATE.
### No. 15530.

Court of Criminal Appeals of Texas.
Oct. 19, 1932.

Denman & Fowler, of Nacogdoches, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for aggravated assault, punishment being a fine of $150.

No statement of facts is found in the record, and no bills of exception are brought forward complaining of any procedure during the trial. The indictment charges the offense of which appellant was convicted. Under the circumstances, nothing is presented for review.

The judgment is affirmed.